IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE ALLEN-MURPHY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-3330 |
| | : | |
| GYMONE MURPHY, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 15th day of December, 2025, upon consideration of Plaintiff Eunice Allen-Murphy's Second Amended Complaint (ECF No. 12) filed on October 16, 2025, it is **ORDERED** that:

1. The Second Amended Complaint (ECF No. 12) is **DISMISSED WITH PREJUDICE** in its entirety for the reasons provided in this Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**HON. MIA ROBERTS PEREZ**